COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        James P. Arthur, Mary Arthur, Legonite, Inc., Paradise
                            Living, Inc., and Arthur Holdings, L.P. v. John M. Raborn

Appellate case number:      01-21-00072-CV

Trial court case number:    2020-13849

Trial court:                11th District Court of Harris County

On August 19, 2021, this appeal was dismissed for want of prosecution based on appellants, James P. Arthur, Mary Arthur, Legonite, Inc., Paradise Living, Inc., and Arthur Holdings, L.P., failure to pay, or make arrangements to pay, the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b), 42.3(b), 43.2(f).

On August 24, 2021, appellants filed a motion for rehearing, stating that they paid the fee for the preparation of the clerk's record on June 2, 2021. Appellants' motion requests that we "reinstate the case" and allow the appeal to "be resolved on its merits." *See* TEX. R. APP. P. 49.1.

Based on appellants' motion, the Court will consider granting rehearing. Accordingly, we request a response from appellee, John M. Raborn, to the motion for rehearing, filed on August 24, 2021. *See* TEX. R. APP. P. 49.2 ("A motion [for rehearing] will not be granted unless a response has been filed or requested by the court."). **Appellee's response, if any, is due within ten days of the date of this order**.

It is so ORDERED.


Judge's signature: ____/s/ April Farris_____
              ☑ Acting individually     ☐ Acting for the Court


Date:  ___September 9, 2021___